UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMPAXX, INC.

    Plaintiff

—v—

FEDERAL INSURANCE COMPANY

    Defendant

Case No. _____

Rule 7.1 Statement

*[RECEIVED DEC 0 6 2007 U.S.D.N.Y. CASHIERS stamp]*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Impaxx, Inc. (a private non–government party) certified that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    NONE

Date: December 5, 2007

*/s/ John B. Berringer*
John B. Berringer
Bar Code
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

NYDOCS1-745712.1