UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMPAXX, INC.,

          Plaintiff,

-against-

FEDERAL INSURANCE COMPANY,

          Defendant.

Docket No. 07CV11051(MGC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            : ss.:
COUNTY OF NEW YORK  )

      ERIC BURNSIDE, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and is employed by Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

      On December 13, 2007, at approximately 3:45 p.m. I personally served the Complaint upon Defendant Federal Insurance Company by serving the State of New York Insurance Department at 25 Beaver Street, New York, New York 10004. Service was accepted by Charlene Norris, Legal Assistant who stated that she was authorized to accept service.

      Charlene Norris is described as a black female, approximately 45 years of age, weighs approximately 140 lbs., approximately 5 feet 4 inches tall with black hair and brown eyes.

                                                    *Eric Burnside*
                                                    Eric Burnside

Sworn to before me this
17th day of December, 2007

_____
Notary Public

            STEVEN TANGHAUS
     NOTARY PUBLIC, State of New York
             No. 24-4520219
         Qualified in Kings County
     Certificate Filed in New York County

NYDOCS1-824140.1