UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

| | | |
|---|---|---|
| IMPAXX, INC., | : | ECF Case |
| Plaintiff, | : | 07 CV 11051 (MGC) |
| - against - | : | |
| FEDERAL INSURANCE COMPANY, | : | |
| Defendant. | : | STIPULATION |

------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the date by which defendant must answer, move or otherwise respond to the Complaint is extended to February 1, 2008.

Dated: New York, NY
       January 4, 2008

ANDERSON KILL & OLICK, P.C.

By: *[signature]*
    John B. Berringer
    1251 Avenue of the Americas
    New York, NY 10020
    (212) 278-1000
    **Attorneys for Plaintiff**

COZEN O'CONNOR

By: *[signature]*
    William P. Shelley
    1900 Market Street
    Philadelphia, PA 19103
    (215) 665-4142
    **Attorneys for Defendant**

Date: January 7, 2008

SO ORDERED:

_____
U.S.D.J.