**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IMPAXX, INC., | : | ELECTRONICALLY FILED |
| Plaintiff, | : | NO.: 1:07 CV 11051 (MGC) |
| v. | : | |
| FEDERAL INSURANCE COMPANY, | : | |
| Defendant. | : | |

**CORPORATE DISCLOSURE STATEMENT OF**
**<u>DEFENDANT, FEDERAL INSURANCE COMPANY</u>**

Defendant, Federal Insurance Company, files this Corporate Disclosure statement as required by Rule 7.1(a) of the Federal Rules of Civil Procedure, and certifies as follows:

1.    Federal Insurance Company is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company.

2.    No publicly held corporation other than The Chubb Corporation directly or indirectly owns 10% or more of the stock of Federal Insurance Company.

2

                              Respectfully Submitted,

Dated: February 1, 2008      BY:  /s/ William P. Shelley_____
                              COZEN O'CONNOR
                              William P. Shelley, Esq.
                              1900 Market Street
                              Philadelphia, PA 19103
                              (215) 665-2000

                              Attorney for Defendant
                              Federal Insurance Company