(CEDARBA-M,5

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK

IMPAXX, INC.,

        Plaintiff,

vs.

FEDERAL INSURANCE COMPANY,

        Defendant.

ELECTRONICALLY FILED

NO.: 1:07 CV 11051 (MGC)

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE**

It is hereby stipulated and agreed by and between the undersigned attorneys for the parties to this action that the time within which plaintiff, IMPAXX, Inc. may answer or otherwise plead with respect to the counter-claim in this matter is extended to and including March 25, 2008.

Dated: February 12, 2008

| | |
|---|---|
| Anderson Kill & Olick, P.C.<br>A New York Professional Corporation<br>One Gateway Center, Suite 1510<br>Newark, New Jersey 07102<br>973-642-5858 | Cozen O'Connor, P.C.<br>1900 Market Street<br>Philadelphia, PA 19103<br>215-665-2000 |
| Attorneys for Plaintiff,<br>IMPAXX, Inc.<br><br>By: /s/ John B. Berringer<br>John B. Berringer, Esq. | Attorneys for Defendant,<br>Federal Insurance Company<br><br>By: /s/ William P. Shelley<br>William P. Shelley |

S/

SO ORDERED: _____
Hon. Miriam G. Cedarbaum

February 14, 2008

NJDOCS-51907.1