UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| IMPAXX, INC. | CASE MANAGEMENT PLAN |
| Plaintiff(s) | 07 Civ. 11051 (MGC) |
| - against – | |
| FEDERAL INSURANCE COMPANY | |
| Defendant(s) | |

-------------------------------------------------------X

    The following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

Joinder of additional parties by ___May 1, 2008_____

Amend the pleadings by _____May 1, 2008_____ _____

All motions other than summary judgment by _____August 15, 2008_____

Discovery:    Fact Discovery: June 1, 2008
                  Expert Report (Plaintiff): June 30, 2008
                  Expert Report (Defendant): July 30, 2008
                  Expert Depositions (Plaintiff) August 30, 2008
                  Expert Depositions (Defendant) September 30, 2008

All discovery to be completed by: _____September 30, 2008_____

Joint Pre-Trial Order to be submitted by _____October 30, 2008_____

Final Pre-Trial Conference: ___November 15, 2008_____

Trial: __December 1, 2008_____

                                                  SO ORDERED

                                               _____
                                               MIRIAM GOLDMAN CEDERBAUM
                                               United States District Judge

Dated:
       New York, New York