AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

IMPAXX, INC.

v.

FEDERAL INSURANCE CO.

**APPEARANCE**

Case Number: 07 Civ. 11051 (MGC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Impaxx, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/24/2008 | *[signature]* |
| Date | Signature |
| | Jennifer D. Katz · JK2004 |
| | Print Name · Bar Number |
| | Reed Smith LLP, 599 Lexington Avenue |
| | Address |
| | New York, · NY · 10022 |
| | City · State · Zip Code |
| | (212) 521-5400 · (212) 521-5450 |
| | Phone Number · Fax Number |