UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IMPAXX, INC

                  Plaintiff,

     -against-

FEDERAL INSURANCE COMPANY

                  Defendant.
------------------------------------------------------------X

07 CIVIL 11051 (MGC)

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __John B. Berringer__

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __JB3164__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From: __Anderson Kill & Olick, P.C.__

    To: __Reed Smith LLP__

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ *Address:* 599 Lexington Avenue, New York, NY 10022

☑ *Telephone Number:* 212-521-5400

☑ *Fax Number:* 212-521-5450

☑ *E-Mail Address:* jberringer@reedsmith.com

Dated: March 24, 2008

*/s/ John B Berringer*