COZEN O'CONNOR
WILLIAM P. SHELLEY (WS 3024)
1900 Market Street
Philadelphia, Pennsylvania 19103
Telephone (215) 665-4142
Facsimile  (215) 701-4142

*Attorneys for Defendant*
*Federal Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| IMPAXX, INC.<br><br>                    Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY<br><br>                    Defendant. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | 07 CV 11051 (MGC) |
|---|---|---|

**NOTICE OF MOTION FOR**
**ADMISSION OF COUNSEL *PRO HAC VICE***

**PLEASE TAKE NOTICE**, that upon the annexed Affidavit of Matthew J. Siegel, Esquire, sworn to May 5, 2008, the Affirmation of William P. Shelley, Esquire, and all pleadings and proceedings heretofore had herein, the undersigned will move the Court as soon as counsel may be heard for an Order of the Court granting a motion to admit Matthew J. Siegel, Esquire, to appear and act as counsel in the above-captioned case *pro hac vice* pursuant to the General Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, and for such other and further relief as this Court deems just and equitable and in furtherance of the ends of justice.

PLEASE TAKE FURTHER NOTICE, that answering affidavits, if any, are to be served upon the undersigned attorneys pursuant to the Federal Rules of Civil Procedure.

Dated: May 5, 2008

COZEN O'CONNOR

_____
William P. Shelley, Esquire (WPS 3024)
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000 phone
(215) 701-2442 fax

COZEN O'CONNOR
WILLIAM P. SHELLEY (WS 3024)
1900 Market Street
Philadelphia, Pennsylvania 19103
Telephone (215) 665-4142
Facsimile (215) 701-4142

*Attorneys for Defendant*
*Federal Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| IMPAXX, INC.<br><br>                             Plaintiff,<br>    v.<br><br>FEDERAL INSURANCE COMPANY<br><br>                             Defendant. | : **07 CV 11051 (MGC)** |
|---|---|

William P. Shelley, Esquire, being duly sworn, deposes and says as follows:

1. I am an attorney duly licensed to practice law in the State of New York, and am a member of the law firm of Cozen O'Connor, attorneys for the defendant, Federal Insurance Company, in the above-entitled action.

2. I am fully familiar with the facts and circumstances as hereinafter set forth, and make this Affirmation in support of the defendant's motion to have Matthew J. Siegel, Esquire, admitted of counsel *Pro Hac Vice* with respect to the above-entitled action,

3. The above-captioned action was originally commenced by the plaintiff against the defendant, on December 6, 2007.

4. I have been acting as lead counsel with respect to this matter and respectfully request that the Court allow Matthew J. Siegel, Esquire to be admitted *pro hac vice* for purposes of serving as co-counsel for Federal Insurance Company.

5.  I have known Matthew J. Siegel, Esquire to be an excellent attorney who has a great deal of experience with respect to issues being presented in the present lawsuit, and is a member in good standing of the Bar of Pennsylvania.

6.  I respectfully submit to the Court that Mr. Siegel is not only an excellent attorney, but is a person whose character is unimpeachable, and one who would do justice to both his client and the Bar. The Court is respectfully referred to Mr. Siegel's Affidavit regarding his specific qualifications annexed hereto.

7.  I respectfully request that Matthew J. Siegel, Esquire be admitted *pro hac vice* in the above-entitled action to serve as counsel with respect to the defense of the subject claims. A copy of the proposed Order is attached as Exhibit "B".

WHEREFORE, William P. Shelley, Esquire, respectfully requests that the Court grant an Order allowing the admission, *pro hac vice*, of Matthew J. Siegel, Esquire to the United States District Court for the Southern District of New York to practice with respect to the above-captioned action, together with such other and further relief as the Court may deem just and proper.

Dated: May 5, 2008

William P. Shelley, Esquire (WPS 3024)
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000 phone
(215) 701-2442 fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 5, 2008, a true and accurate copy of Notice of Motion for Admission of Counsel *Pro Hac Vice* was served via Federal Express upon the following:

> John B. Berringer, Esquire
> Jennifer Katz, Esquire
> Reed Smith LLP
> 599 Lexington Avenue
> 29th Floor
> New York, New York 10022

_____
WILLIAM P. SHELLEY

COZEN O'CONNOR
WILLIAM P. SHELLEY (WS 3024)
1900 Market Street
Philadelphia, Pennsylvania 19103
Telephone (215) 665-4142
Facsimile (215) 701-4142

*Attorneys for Defendant*
*Federal Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| IMPAXX, INC.<br><br>                    Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY<br><br>                    Defendant. | : **07 CV 11051 (MGC)** |
|---|---|

COMMONWEALTH OF PENNSYLVANIA:

COUNTY OF PHILADELPHIA:

      I, Matthew J. Siegel, Esquire, being duly sworn, depose and say:

    1.    I am a resident of the Commonwealth of Pennsylvania and have been a practicing attorney for the past 9 years in the Commonwealth of Pennsylvania.

    2.    I am currently a member of the law firm of Cozen O'Connor, said law firm having the address of 1900 Market Street, Philadelphia, Pennsylvania 19103.

3. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania and am duly licensed and admitted to practice law by Pennsylvania. A copy of my Certificate of Good Standing is annexed hereto and marked as Exhibit "A".

4. There are no disciplinary proceedings or criminal charges instituted against me in the Commonwealth of Pennsylvania, or any other state.

5. My client has specifically requested that I represent its interests in this matter.

6. The nature of this action involves complex legal and factual issues in a complex field of law with which I am completely familiar since I have handled these types of cases in the past and have developed an expertise in these matters.

7. If the Court shall allow my Motion to Appear *pro hac vice* in the above-captioned matter, I will continue to represent my client in this proceeding until the final determination thereof, and with reference to all matters, incidents or proceedings, I agree that I shall be subject to the orders and amenable to a disciplinary action and the civil jurisdiction of this Court and the New York State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New York in good standing.

8. To the best of my knowledge and belief the Commonwealth of Pennsylvania grants the privilege of *pro hac vice* admissions to members of the bar of New York in good standing.

9. I am associated and have personally appearing with me in these proceedings, William P. Shelley, Esquire, an attorney who is duly and legally admitted to practice in both the State of New York and the United States District Court for the Southern District of New York, and upon whom service may be had in all matters connected with the above-captioned cause, and for purposes of any disciplinary matter arising out of the same, with the same effect as if personally made on me within the Commonwealth of Pennsylvania.

10. I certify that all of the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
MATTHEW J. SIEGEL, ESQUIRE

Sworn to before me on this
25th day of April 2008.

_____
Notary Public

NOTARIAL SEAL
JOANNE M SIMON
Notary Public
CITY OF PHILADELPHIA CNTY PHILADELPHIA
My Commission Expires Jun 12, 2008

5

# Exhibit A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Matthew Jason Siegel, Esq.*

**DATE OF ADMISSION**

*November 5, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: April 17, 2008**

Patricia A. Johnson
Chief Clerk

# Exhibit B

COZEN O'CONNOR
WILLIAM P. SHELLEY (WS 3024)
1900 Market Street
Philadelphia, Pennsylvania 19103
Telephone (215) 665-4142
Facsimile  (215) 701-4142

*Attorneys for Defendant*
*Federal Insurance Company*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| IMPAXX, INC.                         | : | 07 CV 11051 (MGC) |
|                    Plaintiff,        | : |                   |
|              v.                      | : |                   |
| FEDERAL INSURANCE COMPANY            | : |                   |
|                    Defendant.        | : |                   |

## **ORDER**

Upon the motion of the defendant, Federal Insurance Company, in the above-entitled action, having duly come before this Court seeking an Order pursuant to the Rules of the Southern District of New York, seeking the admittance of Matthew J. Siegel, Esquire, to be admitted of counsel on behalf of the defendant in the above-entitled action on a *pro hac vice* basis, and

SAID Motion having duly come on to be heard before this Court on the ____ day of _____, 2008 at the United States District Court for the Southern District of New York, and

AT the aforesaid time and place, the defendant having duly appeared by and through its counsel, Cozen O'Connor, in support of said Motion,

NOW, upon the Notice of Motion dated May 5, 2008, the Affidavit of Matthew J. Siegel, Esquire, sworn to April 25, 2008, the Affirmation of William P. Shelley, Esquire, and

all our actions and proceedings heretofore herein had, and due deliberation having been and hereon, it is hereby

ORDERED, that the defendant's motion to have Matthew J. Siegel admitted to practice law in the Southern District of New York with respect to the instant lawsuit on a *pro hac vice* basis be, and the same hereby is, in all respects GRANTED.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
      May ___, 2008

 

_____
J.