COZEN O'CONNOR
WILLIAM P. SHELLEY (WS 3024)
1900 Market Street
Philadelphia, Pennsylvania 19103
Telephone (215) 665-4142
Facsimile (215) 701-4142



*Attorneys for Defendant*
*Federal Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| IMPAXX, INC. | 07 CV 11051 (MGC) |
|---|---|
| Plaintiff, v. | |
| FEDERAL INSURANCE COMPANY | |
| Defendant. | |

## ORDER

Upon the motion of the defendant, Federal Insurance Company, in the above-entitled action, having duly come before this Court seeking an Order pursuant to the Rules of the Southern District of New York, seeking the admittance of Matthew J. Siegel, Esquire, to be admitted of counsel on behalf of the defendant in the above-entitled action on a *pro hac vice* basis, and

~~SAID Motion having duly come on to be heard before this Court on the 28th day of May, 2008 at the United States District Court for the Southern District of New York, and~~ [MBC]

~~AT the aforesaid time and place, the defendant having duly appeared by and through its counsel, Cozen O'Connor, in support of said Motion,~~ [MGC]

NOW, upon the Notice of Motion dated May 5, 2008, the Affidavit of Matthew J. Siegel, Esquire, sworn to April 25, 2008, the Affirmation of William P. Shelley, Esquire, and

all our actions and proccedings heretofore herein had, and due deliberation having been and hereon, it is hereby

ORDERED, that the defendant's motion to have Matthew J. Siegel admitted to practice law in the Southern District of New York with respect to the instant lawsuit on a *pro hac vice* basis be, and the same hereby is, in all respects GRANTED.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       May 27, 2008

/s/ _____
    United States District Judge